UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-cr-00074-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| DAVID LEONARD MAYES | |

On motion of the Defendant, Charles Hunter Nixon, and for good cause shown, it is hereby ORDERED that **DE 40** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **29** day of **September**, 2022.

JAMES C. DEVER, III
United States District Judge