IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CR-74-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAVID LEONARD MAYES, | ) | |
| | ) | |
| Defendant. | ) | |

On October 3, 2022, the court held a competency hearing. Having reviewed the reports of Dr. Biber [D.E. 30] and Dr. Hilkey [D.E. 40-1], the court finds by a preponderance of the evidence that defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. See 18 U.S.C. § 4241(d). Accordingly, the court commits defendant to the custody of the Attorney General. See id. The Attorney General shall hospitalize defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future defendant will attain the capacity to permit the proceedings to go forward. Id. § 4241(d)(1).

SO ORDERED. This _3_ day of October, 2022.

JAMES C. DEVER III
United States District Judge