UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-74-D-1

UNITED STATES OF AMERICA

v.                                                    ORDER

DAVID LEONARD MAYES

On motion of the Defendant, David Leonard Mayes, and for good cause shown, it is hereby

ORDERED that the document at Docket Entry #132 be sealed until further notice by this Court,

except that copies may be provided to the Assistant United States Attorney and Counsel for the

Defendant.

SO ORDERED. This _10_ day of June, 2026.

_____
JAMES C. DEVER III
United States District Judge